■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LASZLO JERMENDY, Also Known as LASZLO HUNYADI, Appellant.—Judgment of the Supreme Court, Queens County, rendered September 9, 1976, affirmed. (See

*People v Higgins,* 23 AD2d 504.) Titone, J. P., Rabin, Gulotta and Hawkins, JJ., concur.